**Order entered December 23, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00201-CV**

**KIMBERLY GOMEZ, Appellant**

**V.**

**SHAHRAM N. SANI, M.D., ET AL., Appellees**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-17417**

**ORDER**

Before the Court is appellees Emily Knez, M.D. and Greater Dallas Radiology Associates, PLLC's December 22, 2020 unopposed motion for extension of time to file their brief. We **GRANT** the motion and **ORDER** Knez and Greater Dallas Radiology's brief be filed no later than January 28, 2021. The briefs of the remaining appellees remain due December 28, 2020.

/s/    KEN MOLBERG
         JUSTICE